# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**KEMECUS SPENCER,**

                **Plaintiff,**        :

      v.

**HILTON CORPORATE OFFICE,**   :
*et al.*,

          **Defendants.**

**Case No. 2:24-cv-3852**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Elizabeth Preston Deavers**

## ORDER

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on November 12, 2024. (R&R, ECF No. 7.) The Magistrate Judge had previously granted Kemecus Spencer's request to proceed *in forma pauperis*, and directed her to file an amended complaint. (ECF No. 4.) After performing an initial screen of the Amended Complaint (ECF No. 6) pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss Ms. Spencer's claims for failure to state a claim upon which relief may be granted. (R&R.) The time for filing objections has now passed and no objections were filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. Ms. Spencer's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                /s/ Sarah D. Morrison
                **SARAH D. MORRISON, CHIEF JUDGE**
                **UNITED STATES DISTRICT COURT**